# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69633

**FILED**

MAR 17 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of prohibition. Petitioner seeks an order prohibiting the district court from imposing page limits on an unspecified petition. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Frank Milford Peck
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

16-08484